| | |
|---|---|
| 1 | Julian X. Camper (SBN 330220) |
| | **LAWYERS FOR ADA RIGHTS** |
| 2 | 3111 Camino del Rio North, Suite 400 |
| | San Diego, CA 92108 |
| 3 | Telephone: (619) 541-3922 |
| | jcamper@ada-laws.com |
| 4 | attorney@ada-laws.com |

Attorney for Plaintiff,
VERN ROBERT THEROUX JR

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual, | Case No.: 3:20-CV-1848-DMS-AGS |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO EFFECT SERVICE** |
| GOLDEN STATE GASOLINE, INC., a California Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on February 10, 2021, Plaintiff, Vern Robert Theroux Jr. moved the Court, ex parte, to grant Plaintiff's Motion to Extend Time to Effect Service.

Having considered all documents and argument submitted with respect to that ex parte motion, and good cause appearing, Plaintiff's Ex Parte Motion to Extend Time to Effect Service is GRANTED.

IT IS SO ORDERED.

**[PROPOSED] ORDER**

Dated: February 26, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court