UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX, JR.<br><br>          Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE GASOLINE, INC. ET AL<br><br>          Defendants. | CASE NO. 20CV1848-DMS-AGS<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER LOCAL RULE 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Rule 41.1, F.R.Civ.P. and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed without prejudice, for want of prosecution.

DATED:   10/26/2021

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE